UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN KAMAU,<br><br>Defendant | ) Criminal No. 19cr10464<br>)<br>) Violations:<br>)<br>) Counts One and Two: False Statements<br>) (18 U.S.C. § 1001(a)(2))<br>)<br>) |

INDICTMENT

COUNT ONE
False Statements
(18 U.S.C. § 1001(a)(2))

The Grand Jury charges:

On or about September 13, 2016, in the District of Massachusetts, the defendant,

JOHN KAMAU,

did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, while completing the Department of Transportation Medical Examination Report Form MCSA-5875, defendant KAMAU falsely answered "No": (1) in response to a question asking, "Do you have or have you ever had…Diabetes or blood sugar problems"; and (2) in response to a sub-question pertaining to whether he ever used insulin.

All in violation of Title 18, United States Code, Section 1001(a)(2).

<u>COUNT TWO</u>
False Statements
(18 U.S.C. § 1001(a)(2))

The Grand Jury further charges:

On or about February 19, 2019, in the District of Massachusetts, the defendant,

JOHN KAMAU,

did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, while completing the Department of Transportation Medical Examination Report Form MCSA-5875, defendant KAMAU falsely answered "No": (1) in response to a question asking, "Has your USDOT/FMCSA medical certificate ever been denied or issued for less than 2 years?"; and (2) in response to a sub-question pertaining to whether he ever used insulin.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

FOREPERSON

NICHOLAS SOIVILIEN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER 11, 2019
Returned into the District Court by the Grand Jurors and filed.

Dawn M. King  1:32pm
DEPUTY CLERK